IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| STEVEN WEINSTEIN, | ) |
| Plaintiff, | ) Civil Action No. 4:07CV00045 |
| v. | ) |
| AT&T MOBILITY LLC and KATHRYN CHIAROLONZIO | ) FINAL ORDER |
| Defendants. | ) By: James C. Turk<br>) Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED** that the defendants' 12(b)(6) Motions to Dismiss are **Granted**.

The Clerk is directed to send copies of this Order to all counsel of record. The Clerk is further directed to remove this case from the Court's active docket.

ENTER: This 21st day of April, 2008.

The Honorable James C. Turk
Senior United States District Judge